UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT LEIGHTON,

    Plaintiff,

v.                                Case No.:  6:20-cv-2142-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## OPINION AND ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment With Reversal and Remand. (Doc. 19). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 15). The Commissioner of Social Security seeks remand: "for an administrative law judge (ALJ) to obtain evidence from a vocational expert and identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles; take any further action needed to complete the administrative record; and issue a new decision." (Doc. 19, p. 1).

Accordingly, the Unopposed Motion for Entry of Judgment With Reversal and Remand (Doc. 20) is **GRANTED** as follows:

(1)  Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for an administrative law judge (ALJ) to obtain evidence from a vocational expert and identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles; take any further action needed to complete the administrative record; and issue a new decision.

(2)  The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on September 20, 2021.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties